**Dismiss; and Opinion Filed May 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01147-CV

**BAYLOR HEALTH CARE SYSTEM, Appellant**
**V.**
**KAREN OLSON, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00568**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Myers
Opinion by Justice Lang

The Court has before it appellant's May 18, 2015, "Unopposed Motion to Dismiss Without Prejudice and Motion to Lift the Stay Issued on February 19, 2015." The motion states that "Appellant no longer desires to prosecute its appeal and requests this Court dismiss its appeal without prejudice and requests this Court issue an order to lift the stay in the trial court proceedings." We grant the motion, and we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

141147F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAYLOR HEALTH CARE SYSTEM,
Appellant

No. 05-14-01147-CV          V.

KAREN OLSON, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-00568.
Opinion delivered by Justice Lang. Justices
Francis and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 21st day of May, 2015.